UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INES H.O., <br><br> Petitioner, <br><br> v. <br><br> CHRISTOPHER CHESTNUT, et al., <br><br> Respondents. | No. 1:25-cv-01878-TLN-JDP <br><br> **ORDER** |

On December 20, 2025, Petitioner filed a Motion for a Temporary Restraining Order ("TRO"). (ECF No. 8.) On December 22, 2025, the Court granted Petitioner's Motion for a TRO and ordered Respondents Christopher Chestnut, Sergio Albarran, Pamela Bondi, Kristi Noem, Minga Wofford, United States Department of Homeland Security, and Executive Office for Immigration Review (collectively, "Respondents") to show cause why a preliminary injunction should not issue. (ECF No. 11.) In response, Respondents indicated they do not oppose the Court converting the temporary restraining order into a preliminary injunction and waived hearing. (ECF No. 14 at 2.)

Accordingly, and for reasons stated in the Courts's Order on Petitioner's Motion for a TRO (ECF No. 13), the Court GRANTS a preliminary injunction. Respondents are ENJOINED AND RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with

constitutional protections, including notice and a hearing before a neutral fact-finder where Respondents show: (a) there are material changed circumstances which demonstrate that there is a significant likelihood of Petitioner's removal in the reasonably foreseeable future, or (b) Respondents demonstrate by clear and convincing evidence that Petitioner poses a danger to the community or a flight risk. At any such hearing, Petitioner shall be allowed to have counsel present.

Within ten (10) days of the date of this Order, the parties shall file a joint status report addressing the parties' plan to proceed with this action. The joint status report should address, at minimum, the date and conditions of Petitioner's release, whether parties believe the habeas petition is moot, and whether parties anticipate any motions practice.

IT IS SO ORDERED.

Date: January 6, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE