UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

INES H.O.,

           Petitioner,

     v.

MINGA WOFFORD, *et al.*,

           Respondents.

Case No.  1:25-cv-1878-TLN-JDP

ORDER

Petitioner, an immigration detainee represented by counsel, seeks a petition for writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1. Petitioner had also filed a motion for a temporary restraining order, ECF No. 8. The court granted petitioner's motion and ordered that petitioner be immediately released from custody. ECF No. 13. The court also ordered respondents to file a response addressing why the court should not convert the temporary restraining order to a preliminary injunction. *Id.* The government filed a response on December 22, 2025, ECF No. 14, and on January 6, 2026, the court granted a preliminary injunction, ECF No. 15. Additionally, the court ordered the parties to file a joint status report addressing, "at minimum, the date and conditions of Petitioner's release, whether parties believe the habeas petition is moot, and whether parties anticipate any motions practice." *Id.*

1

On January 16, 2026, petitioner filed a status report, which states that petitioner has been released and also includes a motion for summary judgment.  ECF No. 16.  Respondents filed their report on January 22, 2026.  ECF No. 19.  Therein, respondents ask to stay this action pending a decision from the Court of Appeals in *Rodriguez Vasquez v. Bostock*, 779 F. Supp. 3d 1239 (W.D. Wash. 2025), Ninth Circuit docket no. 25-6842.  *Id.*  Respondents state that, in the alternative, they "submit on the arguments made in their previous briefing," and "do not anticipate filing any further motions in this case, except" as ordered.  *Id.* at 2.

While the decision in *Rodriguez Vasquez* may turn out to be relevant, a somewhat unsettled legal landscape does not justify an indefinite stay of the matter before this court.  Notably, *Rodriguez Vasquez* has yet to be argued and was only recently submitted.  Further, there appears to be no prejudice against respondents because they have already filed their opposition to the petition.  *See* ECF No. 14.  Accordingly, petitioner will be granted seven days from the date of this order to file a reply brief.  Should petitioner not file a brief within that time, the court will consider the matter submitted.

Accordingly, it is hereby ORDERED that respondents' request to stay this action pending a decision from the Court of Appeals in *Rodriguez Vasquez v. Bostock*, 779 F. Supp. 3d 1239 (W.D. Wash. 2025) is DENIED and the matter will be considered submitted within seven days.

IT IS SO ORDERED.


Dated:    February 20, 2026                                    _____
                                                              JEREMY D. PETERSON
                                                              UNITED STATES MAGISTRATE JUDGE

2